UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Mark Lessard and
Linda Lessard,
    Plaintiffs

    v.                            Civil No. 05-cv-192-SM

Wilton-Lyndeborough
Cooperative School District,
and the State of New Hampshire
Department of Education,
    Defendants

**O R D E R**

Granted (document no. 78).  Defendants will be allowed 90 minutes to offer rebuttal testimony; documents attached to the motion are not yet allowed; Dr. Kemper will bring his file and make it available at the hearing should he testify.  Plaintiffs shall advise Dr. Kemper to bring his file to the hearing; failure to do so or Dr. Kemper's failure to bring his file for inspection will result in his not being allowed to testify.

    **SO ORDERED.**

                                              _____
                                              Steven J. McAuliffe
                                              Chief Judge

October 5, 2006

cc:  Jennifer A. Eber, Esq.
     Richard L. O'Meara, Esq.
     Pamela E. Phelan, Esq.
     Jeanne M. Kincaid, Esq.
     Karen A. Schlitzer, Esq.