UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Mark Lessard and
Linda Lessard,
    Plaintiffs

    v.                                                   Civil No. 05-cv-192-SM

Wilton-Lyndeborough
Cooperative School District,
and the State of New Hampshire
Department of Education,
    Defendants

**O R D E R**

    Granted in part, denied in part (document no. 83). The motion for clarification is denied as such since no clarification is required. However the court will treat the motion as a motion to supplement the record with Dr. Kemper's referenced transcribed testimony, which is granted, but only to the extent that testimony is relevant to the appeal before the court. Defendants have provided a redacted transcript which they say is limited to relevant testimony. The court will accept that transcript, but afford Plaintiffs the opportunity to proffer additional material from the full transcript that they believe to be material but omitted from the Defendants' submission.

    **SO ORDERED.**

                                                Steven J. McAuliffe
                                                Chief Judge

October 31, 2006

cc: Jennifer A. Eber, Esq.
    Richard L. O'Meara, Esq.
    Jeanne M. Kincaid, Esq.
    Karen A. Schlitzer, Esq.